Filing # 138429936 E-Filed 11/12/2021 02:28:16 PM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

DIVISION:

DOROTHY REID,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DOROTHY REID, sues Defendant, TARGET CORPORATION, and alleges as follows:

1. This an action for damages which exceed $30,000.00, exclusive of interest and costs.

2. On or about March 4, 2020, Defendant owned, operated, and/or maintained a store located at 444 Monument Road, Jacksonville, Duval County, Florida.

3. At all times material, Plaintiff was a business invitee on Defendant's premises.

4. Defendant negligently managed, inspected, and/or maintained the property so that a pathway from the parking lot on the property to an adjacent street, Monument

Road, had a rotting and damaged retaining wall and other dangers representing dangerous conditions.

6. The negligent and dangerous conditions of the property were created by Defendant, known to Defendant or had existed for a sufficient length of time so that Defendant should have known of them.

7. While leaving the parking, Plaintiff fell from the damaged retaining wall after shopping at Target and suffered injury to her left knee and back.

8. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition, and to warn of dangerous conditions that it knew or should have known existed on the property.

9. Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition and by failing to warn of the damaged and dangerous pathway on the Target property.

10. As a result of the negligence of the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, together with interest and costs of this action.

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a jury trial on all issues so triable.

HARDESTY, TYDE, GREEN & ASHTON, P.A.

*/s/ Frank A. Ashton*

Frank A. Ashton
Florida Bar No.: 611311
Douglas H. Clifton
Florida Bar No.: 0049850
320 North First Street, Suite 703
Jacksonville Beach, Florida 32250
Telephone: (904) 249-9030
Facsimile: (904) 249-9025
eService-ashton@jaxlegal.com
Attorneys for Plaintiff